NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


VINCENT MORRIS, DOC #267456,   )
                                     )
        Appellant,         )
                                     )
v.                               )     Case No. 2D18-113
                                     )
HARDEE CORRECTIONAL INSTITUTION, )
and TRAVIS LAMB, WARDEN,    )
                                     )
        Appellees.        )
_____)

Opinion filed July 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hardee County; Donald G. Jacobsen,
Judge.

Vincent Morris, pro se.


PER CURIAM.


      Affirmed.


SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.